No. 560.—THE YABUCOA SUGAR COMPANY, peticionaria, v. LA CORTE DE DISTRITO DE HUMACAO, HON. GABRIEL CASTEJÓN, JUEZ, demandado.—Certiorari. Abril 7, 1927.

POR CUANTO no se nos ha demostrado que esta corte tiene facultad de variar un récord que en verdad pertenece a otra corte.

POR CUANTO apareciendo los documentos cuyo desglose se pide con notas y marcas difíciles de reproducir con exactitud en la copia que habría de sustituirlas en los autos, y

POR CUANTO no se ha demostrado que la parte interesada no puede citar al secretario de esta corte para que comparezca con los autos en la corte de distrito en el día del juicio

a los efectos de introducir las escrituras como prueba pudiendo ser éstas inspeccionadas por la corte de distrito y dejarse en los autos del pleito una copia fotográfica o una copia en maquinilla con una descripción, si fuere necesario de las enmiendas o anotaciones, todo con la intervención de la parte contraria, sin que pueda entenderse que lo dicho anteriormente prejuzga el criterio que deba seguir la corte de distrito con respecto a la admisibilidad o no admisibilidad de la prueba indicada.

Por tanto, no ha lugar a la reconsideración que se solicita.